LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
ASSISTANT UNITED STATES ATTORNEY
 312 NORTH SPRING STREET
 LOS ANGELES, CA. 90012
 213-894-2470
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JIMMIE L. ADAMS,<br>　　　　Defendant. | COURT NO: CV 92A20688<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JIMMIE L. ADAMS, the sum of $1,070.46 as principal, $102.87 as accrued prejudgment interest, $227.00 administrative charges, a surcharge of $142.28, and $22.50 costs for a total amount of $1,565.11, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: AUG 2 7 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
　　Deputy Clerk